PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESIREE BRIANNA SANCHEZ,<br><br>Defendant. | CASE NO. 2:20-MJ-0174-KJN<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER<br><br>DATE: March 5, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant DESIREE BRIANNA SANCHEZ, both individually and by and through her counsel of record, JEROME PRICE, hereby stipulate as follows:

1. The Complaint in this case was filed on November 6, 2020, charging Sanchez with one count of conspiracy to commit offenses against the United States, in violation of 18 U.S.C. § 371. Sanchez first appeared before a judicial officer of the Northern District of California on December 17, 2020, and was detained. She then first appeared in this district on January 27, 2021, where the Complaint is pending. The Court set a preliminary hearing date of February 10, 2021. ECF 8.

By this second stipulation, the parties jointly move for an extension of time of the preliminary hearing date to April 2, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of

1  discovery and continuing investigation of the case. The government has produced discovery relevant to
2  this case, including over 1,000 pages of law enforcement reports, bank records, cell phone extractions,
3  photographs, and criminal histories. Defense counsel needs time to review and consider all the evidence
4  and to conduct further investigation. The parties further agree that the interests of justice served by
5  granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
6  U.S.C. § 3161(h)(7)(A).

7      2.    The parties agree that good cause exists for the extension of time, and that the extension
8  of time would not adversely affect the public interest in the prompt disposition of criminal cases.
9  Therefore, the parties request that the time between March 5, 2021, and April 2, 2021, be excluded
10 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

11     IT IS SO STIPULATED.

Dated:  March 3, 2021　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ ROBERT J. ARTUZ
　　　　　　　　　　　　　　　　　　　　ROBERT J. ARTUZ
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

Dated:  March 3, 2021　　　　　　　　　　/s/ *Jerome Price*
　　　　　　　　　　　　　　　　　　　　JEROME PRICE
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　DESIREE BRIANNA SANCHEZ

PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-0174-KJN |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| DESIREE BRIANNA SANCHEZ, | DATE: March 5, 2021
TIME: 2:00 p.m.
COURT: Hon. Allison Claire |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 3, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to April 2, 2021, at 2:00 p.m.

2. The time between March 5, 2021, and April 2, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  March 3, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER           2